# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

**V.**                                **CAUSE NO. 3:19-CR-20-CWR-LRA**

**WILLIAM B. MCHENRY, JR.**                                           **DEFENDANT**

## ORDER

The defendant has moved to modify the conditions of his release. He first seeks permission to travel to Tennessee because a family member there is "suffering from health issues." Separately, he seeks permission to travel to Alabama, Texas, Louisiana, and the Northern District of Mississippi to pursue "oil and gas business and other real estate related businesses."

The request to travel to Tennessee is vague. The defendant has not explained his relationship to the family member, their health condition, or the length of time he wishes to be out of this District, among other specifics. This part of his motion is denied without prejudice.

The remainder of the defendant's motion will be denied with prejudice. As the Magistrate Judge explained in denying a similar request made during the defendant's arraignment, the indictment says the defendant spent the last decade defrauding unsuspecting investors out of more than $18 million. Until the allegations in the indictment are resolved, this Court is not going to bless any business travel the defendant wishes to undertake.

**SO ORDERED**, this the 10th day of May, 2019.

                                                           s/ Carlton W. Reeves
                                                           UNITED STATES DISTRICT JUDGE